UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>U.S. DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>) | Case No: 07-1620 (RMC) |

## UNOPPOSED MOTION TO EXTEND

The Defendant, by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that it be allowed to file a dispositive motion in response to the complaint by November 14, 2007. The present due date is October 13, 2007. The undersigned has been just assigned this case and is presently attempting to contact the agency counsel for this case but has been unable to reach the agency counsel so far. Therefore, the Defendant ask for an extension so that the undersigned can consult with agency counsel and review the complaint. The Plaintiff has indicated that it will not oppose the relief requested. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully request that the time to respond to the complaint be extended until November 14, 2007.

Dated: October 9, 2007 Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) | Case No: 07-1620 (RMC) |

## **ORDER**

Upon consideration of the Unopposed Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to file a dispositive motion in response to the complaint is extended to and including November 14, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007