# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Ave., NW <br> Washington, DC 20530 <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 07-1620 (RMC) ) ) ) ) ) ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE that Michael P. Abate, Trial Attorney, an attorney in good standing in the Illinois Bar and an attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears in place of Andrea McBarnette, Assistant United States Attorney, on behalf of the Defendant in this action. Mr. Abate appears in this action pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia and is not a member of the District of Columbia Bar.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
D.C. Bar No. 418925

*/s/ Michael P. Abate*
MICHAEL P. ABATE
IL Bar No. 6285597

Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C. 20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Room 7302
Washington, D.C. 20001
Telephone:   (202) 616-8209
Facsimile:   (202) 616-8470

*Attorneys for Defendant*

Dated: <u>November 14, 2007</u>

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES OF COURT**

I hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

*/s/ Michael P. Abate*