**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:07-cv-01620 (RMC) |
| U.S. DEPARTMENT OF JUSTICE | : : | |
| Defendant. | : : | |

**JOINT MOTION TO SET A BRIEFING SCHEDULE**
**ON MOTIONS FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM**

In light of Defendant's United States Department of Justice ("DOJ") Motion to Dismiss or, in the alternative, for Summary Judgment filed on November 14, 2007, defendant DOJ and Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW"), by and through undersigned counsel, hereby jointly move for leave to set a briefing schedule on motions for summary judgment.

For that briefing schedule, the parties request (1) that plaintiff CREW be given up to and including December 5, 2007, in which to file its opposition to defendant's motion; and (2) that defendant DOJ be given up to and including January 4, 2008, in which to file its reply to plaintiff's opposition to defendant's motion to dismiss, or in the alternative, for summary judgment.

**CONCLUSION**

The parties jointly request that the Court enter the attached proposed Order.

Respectfully submitted,


*/s/* Kimberly D. Perkins
KIMBERLY D. PERKINS
(D.C. Bar No. 481460)

ANNE L. WEISMANN
(D.C. Bar No. 298190)
MELANIE SLOAN
(D.C. Bar No. 434584)
Citizens for Responsibility and
Ethics in Washington
11 Dupont Circle, N.W.
Washington, D.C.  20036
(202) 588-5565

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
(D.C. Bar 418925)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch


   /s/ Michael P. Abate
MICHAEL P. ABATE
(IL Bar No. 6285597)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7222
Washington, DC 20001
Telephone: (202) 514-5302
Fax: (202) 616-8470
adam.kirschner@usdoj.gov

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) vs. ) ) U.S. DEPARTMENT OF JUSTICE ) ) Defendant. ) ) | (Proposed Order) 1:07-cv-01620 (RMC) |

**(Proposed) ORDER ON JOINT MOTION TO SET A
<u>BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT</u>**

Having considered the Parties' Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule, unless it is modified by the Court for its own convenience or on application of a party:

Plaintiff is hereby Ordered to file its opposition to defendant's motion for summary judgment by December 5, 2007;

Defendant is hereby Ordered to file its reply to plaintiff's opposition to defendant's motion to dismiss, or in the alternative, for summary judgment by January 4, 2008.

SO ORDERED on this ____ day of November, 2007.

_____
ROSEMARY M. COLLYER
United States District Judge